Martin Zurada (State Bar No. 218235)
Andrea Pearce (State Bar No. 332340)
VENARDI ZURADA LLP
101 Ygnacio Valley Road, Suite 100
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

1418 Lakeside Drive
Oakland, California 94612
Telephone: (510) 832-4295
Facsimile: (510) 832-4364
E-mail: mzurada@vefirm.com
E-mail: apearce@vefirm.com

Attorneys for Plaintiff
SHARMAINE SMITH

Angel R. Sevilla (State Bar No. 239072)
Jessica C. Shafer (State Bar No. 297856)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Angel.Sevilla@jacksonlewis.com
E-mail: Jessica.Shafer@jacksonlewis.com

Attorneys for Defendants
DANA LANZA, erroneously sued herein as
CONFLUENCE PHILANTHROPY; and
CONFLUENCE PHILANTHROPY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARMAINE SMITH, an individual;<br><br>          Plaintiff,<br><br>     v.<br><br>DANA LANZA, an individual dba "Confluence Philanthropy"; CONFLUENCE PHILANTHROPY, INC., a non-profit corporation; and DOES 1-20, inclusive,<br><br>          Defendants. | Case No. 4:21-cv-8785-JST<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to the stipulation of the parties and for good cause shown, this case is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 26, 2023

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA